

FILED

AUG 0 6 2020

Clerk, U.S District Court
District Of Montana
Great Falls

**JULIE R. PATTEN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Julia.Patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY CONRAD NIXON,<br><br>Defendant. | CR 20- 85 -BLG- DLC<br><br>**INDICTMENT**<br><br>**FALSE STATEMENT DURING FIREARMS TRANSACTION**<br>Title 18 U.S.C. § 922(a)(6)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |

THE GRAND JURY CHARGES:

That on or about March 16, 2020, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CASEY CONRAD NIXON, in connection with his acquisition of a firearm from First National Pawn, a licensed firearms dealer, knowingly made a false and fictitious written statement to that

1

dealer which was likely to deceive First National Pawn, as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under chapter 44 of Title 18, that is, the defendant represented on an ATF Firearms Transaction Record Form 4473 that he was not subject to a court order restraining him from harassing, stalking, or threatening a child or intimate partner, when in truth and fact, he was subject to an Order of Protection in Yellowstone County District Court in case number DR 18-0632, in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under deal.

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Warrant:_____
Bail:_____

arraignment 9/15/2020
@ 10:00 am w/JTJ

2